# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                           TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Todd v. City of Clanton et al

Case Number: 2:07-cv-00149-MEF

Referenced Docket Entry - *** Notice of Error -  Doc.  No. 5

The referenced docket entry was filed electronically with  ERROR  on ***March 16, 2007***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this pleading should have been filed in state court.  Please DISREGARD this docket entry.