IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORMAN TODD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER 2:07-CV-149-MEF |
| ) | |
| **CITY OF CLANTON, ALABAMA,** a ) | |
| municipal corporation; by and through ) | JURY TRIAL DEMANDED |
| its MAYOR, HONORABLE BILLY ) | |
| JOE DRIVER, in his official capacity as ) | |
| Mayor and individually; POLICE CHIEF) | |
| JAMES HENDERSON, in his official ) | |
| capacity, as well as individually; ) | |
| CORPORAL GREG CHARLES, in his ) | |
| official capacity and individually; and ) | |
| CHRISTINE LITTLEJOHN, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW Natalie A. Daugherty, one of the counsel of record for the Defendants, The City of Clanton, Alabama, et al. and files herewith this Motion for Leave to Withdraw as Counsel for Defendants, The City of Clanton, Alabama, et al. In support of this Motion, Natalie A. Daugherty states as follows:

1. Natalie A. Daugherty is no longer associated with the firm of Porter, Porter & Hassinger, P.C. and does not have access to the files in this case.

2.  The Defendants will continue to be represented by James W. Porter, II who will adequately represent Defendants' interests herein.

3.  The Defendants will not be prejudiced by allowing Natalie A. Daugherty to withdraw from such representation.

WHEREFORE, Natalie A. Daugherty, respectfully moves for an order that she be allowed to withdraw from representation of the Defendants in this case.

/s/ Natalie A. Daugherty
Natalie A. Daugherty, one of the Attorneys
for Defendants, The City of Clanton,
Alabama, et al.
State Bar ID ASB 6494 A55D
State Code DAU007

/s James W. Porter II
James W. Porter, II, one of the
Attorneys for Defendants, The City of
Clanton, Alabama, et al.
ID ASB 3314 T79J
State Code POR001

OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama 35201-0128
(205) 322-1744
Fax: (205) 322-1750

*CERTIFICATE OF SERVICE*

I hereby certify that a copy of the above and foregoing has been *electronically filed* with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following, this, the __**21th Day of September, 2007**__. If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

Donald G. Madison, Esq.
418 Scott Street
Montgomery, AL 36104

                                        /s/ James W. Porter II
                                        OF COUNSEL