IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-149-MEF |
| | ) |
| CITY OF CLANTON *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of Plaintiff's Motion for Extension of Deadline (Doc. # 13) and Plaintiff's Objection to Order (Doc. # 14), it is hereby ORDERED as follows:

(1) Plaintiff's Motion for Extension of Deadline (Doc. # 13) is GRANTED.

(2) The September 24, 2007 deadline set forth in the Order (Doc. # 11) is AMENDED as follows: Defendants may submit any additional evidentiary materials or legal argument pertinent to Defendants' Motion for Summary Judgment on or before October 5, 2007. Plaintiff may submit any additional evidentiary materials or legal argument pertinent to Defendants' Motion for Summary Judgment on or before November 2, 2007.

Done on this 24th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE