IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORMAN TODD**,<br><br>     Plaintiff,<br><br>     vs.<br><br>**CITY OF CLANTON, ALABAMA**, a municipal corporation; by and through its **MAYOR, HONORABLE BILLY JOE DRIVER**, in his official capacity as Mayor and individually; **POLICE CHIEF JAMES HENDERSON**, in his official capacity, as well as individually; **CORPORAL GREG CHARLES**, in his official capacity and individually; and **CHRISTINE LITTLEJOHN**, an individual,<br><br>     Defendants. | CASE NUMBER 2:07-CV-149-MEF<br><br>JURY TRIAL DEMANDED |

## CONFLICT DISCLOSURE STATEMENT

COME NOW the City of Clanton, Alabama, a municipal corporation, Mayor Billy Joe Driver, Police Chief James Henderson, and Officer Greg Charles, Defendants in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

\_\_\_\_\_     This party is an individual, or

\_\_X\_\_     This party is a governmental entity, or

\_\_X\_\_     There are no entities to be reported, or

\_\_\_\_\_     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

September 27, 2007        /s/ James W. Porter, II
         Date                    (Signature)

                                     James W. Porter, II (POR 001)
                                     (Counsel's Name)

                                     City of Clanton, Alabama, a
                                           municipal corporation,
                                     Mayor Billy Joe Driver,
                                     Police Chief James Henderson, and
                                     Officer Greg Charles
                                     (Counsel for)

                                     P.O. Box 128
                                     Birmingham, Alabama  35201-0128
                                     Address, City, State Zip Code

                                     (205) 322-1744
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, James W. Porter, II, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on this, the 26th day of September, 2007, to:

Donald G. Madison, Esq.
418 Scott Street
Montgomery, AL 36104

September 27, 2007                                        /s/ James W. Porter, II
      Date                                                                    Signature