IN THE UNITED STATES DISTRICT COURT
FOR THE  MIDDLE  DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORMAN TODD**, | |
| Plaintiff, | |
| vs. | CASE NUMBER 2:07-CV-149-MEF |
| **CITY OF CLANTON, ALABAMA**, a municipal corporation; by and through its **MAYOR, HONORABLE BILLY JOE DRIVER**, in his official capacity as Mayor and individually; **POLICE CHIEF JAMES HENDERSON**, in his official capacity, as well as individually; **CORPORAL GREG CHARLES**, in his official capacity and individually; and **CHRISTINE LITTLEJOHN**, an individual, | JURY TRIAL DEMANDED |
| Defendants. | |

## DEFENDANTS' EVIDENTIARY SUBMISSION IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

COME NOW the City of Clanton, Alabama, a municipal corporation, ("the City"), Mayor Billy Joe Driver, Police Chief James Henderson, and Officer Greg Charles to file this Evidentiary Submission in Support their Motion for Summary Judgment, and submit the following:

1.    The defendants file herewith the Clanton Municipal Court Records pertaining to the alleged incident, including the following:

a.     Warrant of Arrest issued against Norman Todd (Unauthorized Use of a Motor Vehicle);

b.     Police Report;

c.     Complaint and supporting documents (Alabama Liability Insurance Identification Card, Alabama Department of Revenue Application for Certificate of Title, McKinnon Motors, LLC Invoice, World Omni Financial Corp. Agreement to Provide Accidental Physical Damage Insurance, World Omni Financial Corp. Installment Sale Contract, McKinnon Motors, LLC Vehicle Description, and McKinnon Motors, LLC Yield Spread/Assignment Fee);

d.     Voluntary Statement of Christine Littlejohn;

e.     Appearance Bond of Norman Todd; and

f.     Case Action Summary

attached hereto as **Exhibit 1**.

2.     The defendants file herewith the Affidavit of Debra Allison attached hereto as **Exhibit 2**.

3.     The defendants file herewith the Affidavit of Police Chief James Henderson attached hereto as **Exhibit 3**.

2

/s/ James W. Porter II
James W. Porter II, one of the
Attorneys for Defendants, City of Clanton,
Mayor Billy Joe Driver, James Henderson,
and Greg Charles
State Bar ID ASB 3314 T79J
State Code POR001


/s/ Christy Lynn Sherbrook
Christy Lynn Sherbrook, one of the
Attorneys for Defendants, City of Clanton,
Mayor Billy Joe Driver, James Henderson,
and Greg Charles
State Bar ID ASB 2409 H65S
State Code  SHE 094


OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama  35201-0128
(205) 322-1744
Fax: (205) 322-1750


## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the above and foregoing has been
***electronically filed*** with the Clerk of the Court using the CM/ECF system which
will send notification of such filing upon the following, this, the **3rd** day of
**October**, **2007.**  If Notice of Electronic Filing indicates that Notice should be
delivered by other means to any of the following, I certify that a copy will be sent
via U.S. Mail, properly addressed, postage prepaid.

Donald G. Madison, Esq.
418 Scott Street
Montgomery, AL 36104


/s/ James W. Porter II
OF COUNSEL

# EXHIBIT 1

| State of Alabama | **WARRANT OF ARREST** | Warrant Number |
|---|---|---|
| Unified Judicial System | | 05-000000174 |
| Form CR-65(front)   Rev. 8/98 | (Felonies, Misdemeanors, or Violations) | Case Number |

IN THE _____**MUNICIPAL**_____    COURT OF _____**CLANTON**_____ , ALABAMA
_____*(Circuit, District, or Municipal)*_____    *(Name of Municipality or County)*

☐ STATE OF ALABAMA    ☒ MUNICIPALITY OF _____**CLANTON**_____

v.  __**NORMAN BUDDY TODD**_____ , Defendant

## TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

Probable cause has been found on Complaint filed in this Court against
NORMAN BUDDY TODD, charging UNAUTHORIZED USE OF A MOTOR VEHICLE in
violation of Ordinance Number 6-96,  which embraces Section 13A-8-11,
Paragraph 1, Code of Alabama 1975.

> Certified and true according
> to Clanton Municipal Court records
> This date, *September 26,* 2007
>
> *[signature]*
>
> Municipal Court Clerk
> Clanton, AL

DEFENDANT: NORMAN BUDDY TODD
CHARGE: UNAUTHORIZED USE OF A MOTOR VEHICLE
ORDINANCE: 6-96
SECTION: 13A-8-11
PARAGRAPH: 1

YOU ARE THEREFORE ORDERED to arrest the person named or described above. You may
release the accused person without taking the accused person before a judge or magistrate
if the accused person enters into a bond in the amount of    $500.00  with two good
sureties approved by an authorized officer or by depositing cash or negotiable bonds in the
amount with the court clerk.

X _____*[signature]*_____
Complainant

_____**1/11/05**_____       _____*[signature]*_____
Date                              Judge/Magistrate/Clerk

Form C-65(back)    Rev. 8/98

05-000000174

# WARRANT OF ARREST

### (Felonies, Misdemeanors, or Violations)

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing ARREST WARRANT by arresting the accused person named (or described) therein at _11:30_ o'clock ☐ a.m. ☒ p.m., on the _16th_ day of _JAN, 2005_, _____, in _Chilan_ COUNTY, ALABAMA.

After arrest, the accused person was:

☑ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m., on the _____ day of _____, _____.

☐ Taken before (☐ Judge) (☐ Magistrate) at _____ o'clock ☐ a.m. ☐ p.m., on the _____ day of

_____, _____.

| _11-16-05_ | _Sgt. Ricky E. Todd #207_ |
|---|---|
| Date | Signature/Title/Agency |

## IDENTIFICATION OF ACCUSED PERSON

| Name of Defendant | Telephone Number |
|---|---|
| TODD, NORMAN BUDDY | (334) 567-5504 |

| Social Security Number | Date of Birth | Age | Race | Sex | Height |
|---|---|---|---|---|---|
| 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 | 1974-05-21 | 30 | WHITE/MEX. | M | 5' 10" |

| DL Number | Weight | Hair | Eyes | Other |
|---|---|---|---|---|
| AL 5791492 | 180 | BLACK | | |

| Address | City | State | Zip Code |
|---|---|---|---|
| 550 ASHLEY COURT | CLANTON | AL | 35045 |

| Name of Employer | Employer's Telephone Number |
|---|---|
| | |

| Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

## WITNESSES

## ACKNOWLEDGEMENT BY THE ACCUSED

☐ I hereby acknowlege that at the time of my release from custody I was directed to appear in person before the court, as follows:

Place: _____

Date: _____, _____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

☐ I promise to appear as directed before the court, as follows:

Place: _____

Date: _____, _____

Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

| _____ | _____ |
|---|---|
| Date | Signature of Accused |

| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST** | Warrant Number<br>05-000000174 |
|---|---|---|
| Form CR-65(front)  Rev. 8/98 | (Felonies, Misdemeanors, or Violations) | Case Number |

IN THE _____**MUNICIPAL**_____ COURT OF _____**CLANTON**_____ , ALABAMA
      *(Circuit, District, or Municipal)*                    *(Name of Municipality or County)*

☐ STATE OF ALABAMA    ☒ MUNICIPALITY OF _____**CLANTON**_____

v. _____**NORMAN BUDDY TODD**_____ , Defendant

## TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

Probable cause has been found on Complaint filed in this Court against
NORMAN BUDDY TODD, charging UNAUTHORIZED USE OF A MOTOR VEHICLE in
violation of Ordinance Number 6-96, which embraces Section 13A-8-11,
Paragraph 1, Code of Alabama 1975.

DEFENDANT: NORMAN BUDDY TODD
      CHARGE: UNAUTHORIZED USE OF A MOTOR VEHICLE
ORDINANCE: 6-96
      SECTION: 13A-8-11
PARAGRAPH: 1

YOU ARE THEREFORE ORDERED to arrest the person named or described above. You may
release the accused person without taking the accused person before a judge or magistrate
if the accused person enters into a bond in the amount of    $500.00  with two good
sureties approved by an authorized officer or by depositing cash or negotiable bonds in the
amount with the court clerk.

X _Christy Littlejoh_
Complainant

_____1/11/05_____          _L. Finley_
Date                                      Judge/Magistrate/Clerk

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing ARREST WARRANT by arresting the accused person named (or described) therein at _11:30_ o'clock ☐ a.m. ☒ p.m., on the _16th_ day of _JAN, 2005_, _____, in _Chilton_ COUNTY, ALABAMA.

After arrest, the accused person was:
☑ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m., on the _____ day of _____.
☐ Taken before (☐ Judge) (☐ Magistrate) at _____ o'clock ☐ a.m. ☐ p.m., on the _____ day of

_11-16-05_
Date

_Sgt. Rusty E. Lott #267_
Signature/Title/Agency

## IDENTIFICATION OF ACCUSED PERSON

| Name of Defendant | | | | | | Telephone Number |
|---|---|---|---|---|---|---|
| TODD, NORMAN BUDDY | | | | | | (334) 567-5504 |

| Social Security Number | Date of Birth | Age | Race | Sex | Height |
|---|---|---|---|---|---|
| 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 | 1974-05-21 | 30 | WHITE/MEX. | M | 5' 10" |

| DL Number | Weight | Hair | Eyes | Other |
|---|---|---|---|---|
| AL 5791492 | 180 | BLACK | | |

| Address | City | State | Zip Code |
|---|---|---|---|
| 550 ASHLEY COURT | CLANTON | AL | 35045 |

| Name of Employer | Employer's Telephone Number |
|---|---|
| | |

| Address | City | State | Zip Code |
|---|---|---|---|

## WITNESSES

## ACKNOWLEDGEMENT BY THE ACCUSED

☐ I hereby acknowlege that at the time of my release from custody I was directed to appear in person before the court, as follows:
Place: _____
Date: _____
Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

☐ I promise to appear as directed before the court, as follows:
Place: _____
Date: _____
Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

Date _____    Signature of Accused _____

ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM: SSN | COMPLAINANT: SSN | 1 ☐ INCIDENT ☒ OFFENSE ☐ SUPPLEMENT | 2 CASE F | 3 SFX |
|---|---|---|---|---|

| 4 ORI # 0,1,4,0,1,0,0 | 5 DATE AND TIME OF THIS REPORT 0,1 1,0 0,5 15 20 ☐ AM ☒ PM ☐ MIL | 6 AGENCY NAME Clanton Police Dept. | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE M D Y |
|---|---|---|---|

| 8 REPORTED BY ☒ VICTIM OR | 9 ADDRESS (STREET, CITY, STATE, ZIP) | 10 PHONE ( ) |
|---|---|---|

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) 1 P 2 B Little John Christy | 13 ADDRESS (STREET, CITY, STATE, ZIP) 133 Randall Circle Clanton AL 35045 | 14 PHONE 205 755-8842 |
|---|---|---|
| 15 EMPLOYER/SCHOOL Board of Education Sub Teacher | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) Chilton Co. Alabama 35045 | PHONE 205 280-3000 |

| 19 ☒ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☒ N | 21 RACE W | 22 SEX ☒ A ☐ MALE ☒ FEMALE | 23 HGT 5-3 | 24 WGT 140 | 25 DOB 18 01 72 | 26 AGE 32 | 27 WAS OFFENDER KNOWN TO VICTIM? ☒ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) Ex- Friend | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE ☐ FEL. ☒ MISD. Unauthorized Use | | 31 DEGREE (CIRCLE) 1 2 3 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|---|
| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☒ MISD. | | 35 DEGREE (CIRCLE) 1 2 3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |

| 38 PLACE OF OCCURRENCE McKinnon Motors, Clanton Alabama 35045 | 39 SECTOR |
|---|---|

| 40 POINT OF ENTRY ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ ATT. FORCIBLE ☐ NO FORCE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ☐ Y ASSAULT INJURY ☒ N |
|---|---|---|---|

| OCCURRED BETWEEN 45 TIME | 46 | 47 LIGHTING | 48 WEATHER | 49 PREMISE | 50 CODE |
|---|---|---|---|---|---|
| 0,6 1,7 0,4 16:00 ☐ AM ☒ PM ☐ MIL | S M T W X F S | ☐ NATURAL ☒ CLEAR | ☒ HWY.—ST.—ALLEY ☐ BANK ☐ DRUG STORE | |
| 52 TIME 1,2 0,3 0,4 10:30 ☒ AM ☐ PM ☐ MIL | S M T W X F S | ☐ MOON ☐ CLOUDY ☐ ART. EXT. ☐ RAIN ☐ ART. INT. ☐ FOG ☐ UNK. ☐ SNOW ☐ HAIL ☐ UNK. | ☐ RAILROAD ☐ APT./TWN. HSE. ☐ RESIDENCE ☐ CHURCH ☐ SHOPPING CENTER ☐ SCHOOL ☒ PARKING LOT ☐ CONVENIENCE ☐ OTHER COMMER. ☐ INDUSTRIAL ☒ OTHER Car Dealership ☐ SERVICE STA. | |

| 54 VERIFY FOR ☐ Y 55 TREAT. FOR ☐ Y RAPE EXAM ☒ N RAPE INJURY ☒ N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT LOCATION: RAPE | 57 CODE |
|---|---|---|

| 58 WEAPON USED ☐ FIREARM ☐ HANDS, FISTS, VOICE, ETC. ☐ KNIFE ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE DESCRIBE: | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☒ UNKNOWN |
|---|---|---|

**PROPERTY DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE STOLEN | DAMAGED | 63 RECOVERED DATE | VALUE |
|---|---|---|---|---|---|
| 1 | 2000 Ford Mustang (Blue in Color) VIN # 1FAFP40493F349472 | 14,591.52 | | | |

Certified and true according
to Clanton Municipal Court records

This date September 25, 2007

[signature]

**Municipal Court Clerk**
Clanton, Alabama

CONTINUE IN NARRATIVE

**DOLLAR VALUE**

| 64 MOTOR VEHICLE 14,591.52 | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| | S R D C | S R D C | S R D C | S R D C | S R D C |
| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS | |
| S R D C | S R D C | S R D C | S R D C | S R D C | |

**VEHICLES**

| 75 CHECK CATEGORIES | ☒ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☐ VICTIMS VEH. ☒ UNAUTH. USE ☐ ABANDONED |
|---|---|

| 76 # STOLEN | 77 LIC. 1HC123M | 78 LIS. AL | 79 LIY. 2005 | 80 TAG COLOR White/Blk | 81 VIN 1 1 F A F P 4 0 4 9 3 F 3 4 9 4 7 2 |
|---|---|---|---|---|---|
| 82 VYR 2000 | 83 VMA Ford | 84 VMO Mustang | 85 VST 2 Dr. | 86 VCO: TOP: Blue BOTTOM: Blue | 87 ADDITIONAL DESCRIPTION |

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☒ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☒ Y ☐ F |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24u UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☒ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☒ WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK

ACJIC—32 REV 8-96

INCHES 1 2 3 4 5 6

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**~~INCIDENT~~/OFFENSE REPORT CONTINUED**

95 DATE AND TIME OF REPORT: M 01 D 10 Y 05 15 : 20 [1] AM [2] PM [3] MIL.
96 CASE #:
97 SFX:
98 [1] OFFENDER ☒ [2] SUSPECT [3] MISSING PERSON [4] CHECK IF MULTIPLE

| | |
|---|---|
| 99 NAME (LAST, FIRST, MIDDLE) | Todd Norman Buddy |
| 100 NICKNAME/ALIAS | |
| 101 RACE | [1] W ☒ [2] B [3] A [4] I |
| 102 SEX | [1] M ☒ [2] F |
| 103 DOB | M 05 D 12 Y 74 |
| 104 AGE | 30 |
| 105 ADDRESS (STREET, CITY, STATE, ZIP) | 550 Asley Court Clanton, Alabama |
| 106 HGT | 5 10 |
| 107 WGT | 180 |
| 108 EYE | |
| 109 HAIR | BLK |
| 110 COMPLEXION | |
| 111 PROBABLE DESTINATION | Same |
| 112 ARMED? | [1] Y ☒ N [3] UNK. |
| 113 WEAPON | |
| 114 CLOTHING | unknown |
| | [1] SCARS [1] MARKS [1] TATOOS |
| 115 | [1] ARRESTED ☒ WANTED |

| | |
|---|---|
| 116 NAME (LAST, FIRST, MIDDLE) | N |
| 117 NICKNAME/ALIAS | |
| 118 RACE | [1] W [2] B [3] A [4] I |
| 119 SEX | [1] M [2] F |
| 120 DOB | M D Y |
| 121 AGE | |
| 122 ADDRESS (STREET, CITY, STATE, ZIP) | O |
| 123 HGT | ' " |
| 124 WGT | |
| 125 EYE | |
| 126 HAIR | |
| 127 COMPLEXION | |
| 128 PROBABLE DESTINATION | N |
| 129 ARMED? | [1] Y [2] N [3] UNK. |
| 130 WEAPON | |
| 131 CLOTHING | E |
| | [1] SCARS [1] MARKS [1] TATOOS |
| 132 | [1] ARRESTED [2] WANTED |

**WITNESSES**

| | 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|
| # 1 | N — SEX [1] M [2] F RACE [1] W [2] B [3] A [4] I M D Y | N | ( ) | ( ) |
| # 2 | O — SEX [1] M [2] F RACE [1] W [2] B [3] A [4] I M D Y | O | ( ) | ( ) |
| # 3 | N — SEX [1] M [2] F RACE [1] W [2] B [3] A [4] I M D Y | N | ( ) | ( ) |
| # 4 | E — SEX [1] M [2] F RACE [1] W [2] B [3] A [4] I M D Y | E | ( ) | ( ) |

WITNESS #1 SSN — WITNESS #2 SSN — WITNESS #3 SSN — WITNESS #4 SSN

**NARRATIVE**

137 On 06/17/04 Victim stated that she purchased a 2000 Ford Mustang from McKinnon Motors. She let listed offender Drive the vehicle with the promise that he would make the payments on the vehicle. Offender made 3 payments on the vehicle and now is 3 months behind on the payments. Victim called offender on 12/03/04 and told him to bring her the car or bring her the payments that were behind. Offender has not given the victim any money and now victim is unable to make contact with the offender! Victim is the Title holder or owner of vehicle and has documents showing sole ownership of vehicle. Victim will prosecute.

CONTINUED ON SUPPLEMENT [Y] ☒ N

ASSISTING AGENCY ORI — ASSISTING AGENCY CASE # — SFX

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE: Christy Littlejohn

138 LOCAL USE

139 STATE USE

MULTIPLE CASES CLOSED — 140 CASE # — 141 SFX — 142 CASE # — 143 SFX — 144 CASE # — 145 SFX — 146 ADDITIONAL CASES CLOSED NARRATIVE [ ] Y [ ] N

**ADMINISTRATION**

147 CASE STATUS: [1] PENDING [2] INACTIVE [3] CLOSED

ENTERED ACIC/NCIC [Y] [N] DATE

148 CASE DISPOSITION: [1] CLEARED BY ARREST (JUV.) [2] CLEARED BY ARREST (ADULT) [3] UNFOUNDED [5] ADM. CLEARED [4] EXCEPTIONAL CLEARANCE: [A] SUSPECT/OFFENDER DEAD [B] OTHER PROSECUTION [C] EXTRADITION DENIED [D] LACK OF PROSECUTION [E] JUVENILE, NO REFERRAL [F] DEATH OF VICTIM

149 REPORTING OFFICER: Cpl. C. S. Charles ID # 211

150 ASSISTING OFFICER ID #

151 SUPERVISOR APPROVAL ID #

152 WATCH CMDR. ID #

| State of Alabama | **COMPLAINT** | Warrant Number |
| Unified Judicial System | (Felonies, Misdemeanors, or Violations -- District Court or Municipal Court) | 05-000000174 |
| Form CR-6      Rev. 8/98 | | Case Number |

IN THE _____ **MUNICIPAL** _____ COURT OF _____ **CLANTON** _____, ALABAMA
        (Circuit, District, or Municipal)                    (Name of Municipality or County)

☐ STATE OF ALABAMA        ☒ MUNICIPALITY OF _____ **CLANTON** _____

v.  **NORMAN BUDDY TODD** _____, Defendant

---

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing and does believe that **NORMAN BUDDY TODD**, Defendant, whose name is otherwise unknown to the complainant, did on or about _2004-12-03_, commit the offense of **UNAUTHORIZED USE OF A MOTOR VEHICLE** within the City/Town of CLANTON, or in the police jurisdiction thereof in that he/she did:

NORMAN BUDDY TODD
                    HAVING CUSTODY OF A PROPELLED VEHICLE, TO
WIT: 2003 FORD MUSTANG BLUE, PURSUANT TO AN AGREEMENT WITH CHRISTY
LITTLEJOHN        , THE OWNER THEREOF, WHEREBY SAID VEHICLE WAS
TO BE RETURNED TO SAID OWNER AT A SPECIFIED TIME, TO WIT: 12/13/04
            , DID KNOWINGLY RETAIN OR WITHHOLD POSSESSION
THEREOF, WITHOUT THE CONSENT OF THE OWNER, FOR SO LENGTHY A PERIOD
BEYOND THE SPECIFIED TIME AS TO RENDER THE RETENTION OR POSSESSION A
GROSS DEVIATION FROM THE AGREEMENT, TO WIT: CHRISTY STATED THAT SHE
PURCHASED A 2003 FORD MUSTANG, BLUE IN COLOR, IN HER NAME AND HAD AN
AGREEMENT WITH NORMAN THAT HE COULD DRIVE THE CAR AS LONG AS MADE THE
PAYMENTS ON THE CAR. NORMAN FAILED TO MAKE REGULAR PAYMENTS WHICH
RESULTED IN THE FINANCE COMPANY CONTACTING CHRISTY ABOUT THE PAYMENTS
ON THE CAR. CHRISTY HAD A CONVERSATION WITH NORMAN ON 12/3/04 AND
TOLD HIM THAT HE EITHER NEEDED TO MAKE THE PAYMENTS ON THE CAR OR HE
NEEDED TO BRING THE CAR TO HER SO THAT SHE COULD SELL THE CAR.
CHRISTY STATED THAT NORMAN AGREED TO MAKE THE PAYMENTS, BUT FAILED TO
MAKE ANY PAYMENTS. CHRISTY TOLD NORMAN THAT IF HE DID NOT TAKE CARE
OF THE PAYMENTS HE NEEDED TO BRING HER THE CAR BY 12/13/04 WHICH IS
WHEN HE WOULD HAVE GOTTEN PAID FROM HIS JOB. CHRISTY HAD BEEN
UNSUCCESSFUL IN REACHING NORMAN AND HE REFUSES TO ACCEPT HER CALLS OR
RESPOND TO MESSAGES LEFT AT HIS HOME. CHRISTY HAS PAPERWORK SHOWING
THAT SHE IS THE SOLE OWNER OF THE VEHICLE. CHRISTY FILED A REPORT
WITH OFFICER CHARLES ON 1/10/05.

---

in violation of Ordinance Number 6-96 which embraces Section 13A-8-11 Paragraph 1 Code of
Alabama 1975, previously adopted, effective and in force at the time the offense was committed.

Bond Type: BOND-TWO SURETIES
    Amount:    $500.00

CHRISTY LITTLEJOHN
133 RANDALL CIRCLE
CLANTON  AL 35045
(205) 755-8842

Certified and true according
to Clanton Municipal Court records
This date _September 25_, 20_07_

_[signature]_
Municipal Court Clerk
Clanton, AL

**WITNESSES**

---

Sworn to and Subscribed before me this the __11th__ day of __January__, _2004_.

_[signature]_
Judge/Magistrate/Warrant Clerk

_[signature]_
Complainant

ALABAMA LIABILITY
INSURANCE IDENTIFICATION CARD

NAIC#      NATIONWIDE MUTUAL FIRE
23779      INSURANCE COMPANY
           PO BOX 147080
           GAINESVILLE FL 32614-7080

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 77 01 P 608455 | DEC 26, 2004 | JUN 26, 2005 |

CHRISTY LITTLEJOHN
133 RANDALL CIRCLE
CLANTON, AL
35045-8467

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 2003 | FORD MUSTANG | 1FAFP40493F349172 |

For questions about your insurance, call your Nationwide
Agent, KAREN B LANIER                    205-755-7283
To report a claim, from anywhere in the country, just call
TOLL FREE 1-800-421-3535

Certified and true according
to Clanton Municipal Court records
This date _September 25_, 20_07_

_Municipal Court Clerk_
Clanton, AL

ALABAMA DEPARTMENT OF REVENUE

APPLICATION
MVT 5-TC
R 3-03

01 - TYPE TRANSACTION
02 - FIRST TIME
03 - TITLE TRANSFER
04 - FILING OF LIEN
05 - RELEASE OF LIEN
06 - CORRECTION

THIS DUPLICATE COPY SERVES AS A PERMIT FOR
THE OPERATION OF THE MOTOR VEHICLE DESCRIBED
BELOW UNTIL THE REVENUE DEPARTMENT ISSUES A
CERTIFICATE OF TITLE OR REFUSES TO ISSUE A
CERTIFICATE OF TITLE AND SHALL CONTINUE TO SERVE
AS EVIDENCE OF OWNERSHIP AND AS A PERMIT FOR THE
OPERATION OF THE VEHICLE AFTER TITLE IS ISSUED.

TITLE NUMBER

FORM ALIGNMENT

**VEHICLE INFORMATION**

| VEHICLE IDENTIFICATION NUMBER | TRANS CODE 03 | YEAR MODEL 2005 | MAKE FORD | MODEL MUSTANG | BODY TYPE 2DR | PREVIOUS ALABAMA-TITLE NO |
|---|---|---|---|---|---|---|
| 1FAFP40493F349472 | | | | | | |

| CYLS 6 | NEW | USED XX | DATE OF PURCHASE (M/D/Y) 06/17/2004 | NUMBER LIENS 1 | COLOR BLUE | ODOMETER READING 21006 |

**OWNER INFORMATION**

LEGENDS - DEPT. USE ONLY

NAME (LAST, FIRST, MIDDLE)
LITTLEJOHN CHRISTY          FELONY OFFENSE FOR FALSE ADDRESS

MAILING ADDRESS                          COUNTY (ALABAMA ONLY)
123 RANDALL CIRCLE              CHILTON

CITY                    STATE          ZIP
CLANTON                 AL             35045

APPLICANT SHALL DISCLOSE
VEHICLE UNDER 10 YR. OLD
ODOMETER READING ON THIS
APPLICATION IS (CHECK ONE)

NAME          ALABAMA OPERATOR (LESSEE) NAME AND / OR RESIDENT ADDRESS REQUIRED IF DIFFERENT FROM ABOVE

XX

[ ] ACTUAL MILEAGE

RESIDENT ADDRESS                FELONY OFFENSE FOR FALSE ADDRESS

[ ] EXCEEDS MECHANICAL LIMITS

CITY                    STATE          ZIP

[ ] NOT ACTUAL MILEAGE – WARNIN
ODOMETER DISCREPANCY

**LIEN INFORMATION**

NAME FIRST LIENHOLDER          FELONY OFFENSE FOR FAILURE TO NAME LIENHOLDER WITH INTENT TO DEFRAUD
WORLD OMNI FINANCIAL CORP

MAILING ADDRESS                          LIEN DATE (M/D/Y)
6150 OMNI PARK DRIVE                  06/17/2004

CITY                    STATE          ZIP
MOBILE                  AL             36609

NAME SECOND LIENHOLDER          FELONY OFFENSE FOR FAILURE TO NAME LIENHOLDER WITH INTENT TO DEFRAUD

MAILING ADDRESS

Certified and true according
to Clanton Municipal Court records
This date *September 25* 20 *07*

*[signature]*

Municipal Court Clerk
Clanton, AL

CITY                    STATE          ZIP

**OWNER'S AUTHORIZATION FOR SPECIAL MAILING (IF NO LIEN HOLDER LISTED HEREON)**

NAME (LAST, FIRST, MIDDLE)          I, WE, HEREBY AUTHORIZE MY CERTIFICATE OF TITLE TO BE MAILED TO (IF NO LIENS LISTED HEREON)

MAILING ADDRESS                                                    LOCATOR NO.:

CITY                    STATE          ZIP          REJECT TO:

SELLER NAME                                        REASONS:
MCKINNON MOTORS

SELLER'S PHYSICAL ADDRESS                          EXAMINER NO.:
1710 7TH ST N

CITY                    STATE          ZIP          ENCL.:
CLANTON                 AL             35045

SURRENDERED OUT OF STATE TITLE (ENTER OUT OF STATE POSTAL ABBREVIATION AND TITLE NUMBER)          APPLICATION NUMBER

STATE:

TITLE NO.:

D321853A

**SIGN COMPLETED FORM ONLY - FELONY OFFENSE FOR FALSE STATEMENTS**

I, THE UNDERSIGNED, CERTIFY THAT THE VEHICLE DESCRIBED ABOVE IS OWNED BY ME
AND I HEREBY MAKE APPLICATION FOR A CERTIFICATE OF TITLE FOR SAID MOTOR VEHI-
CLE AND THIS VEHICLE WILL NOT BE THE SUBJECT OF LIEN PRIOR TO RECEIPT OF TITLE
UNLESS INDICATED ABOVE. I FURTHER CERTIFY THAT ALL INFORMATION CONTAINED
HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

I HEREBY CERTIFY THAT THE ABOVE DESCRIBED VEHICLE HAS BEEN PHYSICAL
INSPECTED BY ME AS A DESIGNATED AGENT OF THE DEPARTMENT, AS REQUIRED
LAW, AND THAT THE V.I.N. AND DESCRIPTIVE DATA SHOWN ON THIS APPLICATION A
CORRECT AND FURTHER, I IDENTIFIED THE PERSON SIGNING THE APPLICATION AND V
NESSED HIS SIGNATURE.

DESIGNATED
AGENT:          MCKINNON MOTORS

OWNER
SIGNATURE(S)          *[signature]*

BY:          *[signature]*

(PERSONALLY SIGNED BY EACH OWNER (IN INK) OR AUTHORIZED REPRESENTATIVE OF FIRM)

NINE DIGIT
DESIGNATED
AGENT NO.:          14-00012-001          DATE          JUN 17          YR. 20

HANDWRITTEN/ALTERED APPLICATIONS WILL NOT BE ACCEPTED          OWNER'S PERMIT COPY

ALABAMA DEPARTMENT OF REVENUE APPLICATION FOR CERTIFICATE OF TITLE
MOTOR VEHICLE DIVISION – TITLE SECTION          P. O. BOX 327640          MONTGOMERY, AL 36132-7640

## McKinnon Motors, LLC

U.S. Highway 31 North
Phone (205) 755-3430
CLANTON, ALABAMA 35045

TOYOTA

| DATE | SALESMAN NUMBER | INVOICE NO. | STOCK NO. | SALE |
|---|---|---|---|---|
| 06/17/2004 | | 2181 4 2461U | | |

**SOLD TO** CHRISTY LITTLEJOHN

**ADDRESS** 133 RANDALL CIRCLE
CLANTON AL 35045

**SALESMAN** JEREMY DALE BYRD

| YEAR | MAKE | MODEL | NEW OR USED | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|---|---|
| 2003 | FORD | MUSTANG | USED | 1FAFP40493F349472 |

INSURANCE COVERAGE INCLUDES

FIRE & THEFT ☐
COLLISION - AMT. DEDUCTIBLE ☐
☐ PUBLIC LIABILITY - AMT.
☐ PROPERTY DAMAGE - AMT.

**GROUP**

**DESCRIPTION** | **KEY NOS.** | **PRICE**

LIENHOLDER:
WORLD OMNI FINANCIAL CORP
6150 OMNI PARK DRIVE
MOBILE AL 36609

*TRADE1*

N/A     N/A
N/A     N/A     N/A

| DESCRIPTION | | |
|---|---|---|
| FORD | PRICE OF VEHICLE | 13990.00 |
| PRICE OF VEHICLE | | 15990 |
| STATE SALES TAX | 2.00 % | 279.80 |
| COUNTY SALES TAX | 0.50 % | 70.93 |
| CITY SALES TAX | 0.25 % | 35.46 |
| LICENSE AND TITLE | | 16.50 |
| CLERICAL FEE | | 195.00 |
| TOTAL CASH PRICE | | 14591.59 |
| CUSTOMER DEPOSITS | | |
| VEHICLE ACCOUNTS RECEIVABLE | | |
| CASH SALES | | |
| USED VEHICLE ALLOWANCE | | N/A |
| INSURANCE | | N/A |
| FINANCING | | N/A |
| TOTAL CASH PRICE | | 14591.59 |
| TOTAL TIME PRICE | | 14591.59 |
| PAYMENTS MONTH(S) @ 1499.59 PER MONTH | | 1491.55 |
| TOTAL | | 1491.5_ |

Certified and true according
to Clanton Municipal Court records
This date _Sept 14 26 2007_

Municipal Court Clerk
Clanton, AL

*Always Bring Your*
*Vehicle Here For*
*Factory Authorized*
*Service*

PENALTY OF TEN DOLLARS ($10) DUE IF VEHICLE IS NOT REGISTERED IN THE NAME OF THE NEW OWNER WITHIN 10 CALENDAR DAYS. PURCHASER WILL BE RESPONSIBLE FOR ANY FEES AND AD VALOREM TAX DUE AT THE TIME OF TAG PURCHASE.

PURCHASER ACKNOWLEDGES AND UNDERSTANDS THAT THE VEHICLE MAY HAVE SUFFERED DAMAGE DURING PRODUCTION TRANSIT, OR WHILE IN THE POSSESSION OF THE DEALER. DEALER MAKES NO REPRESENTATIONS CONCERNING THE NATURE AND EXTENT OF ANY SUCH DAMAGE. ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. DEALER, McKINNON MOTORS, LLC, HEREBY DIS- CLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE TO INCLUDE ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES; (A) ON ALL GOODS AND SERVICES SOLD BY DEALER, AND (B) ON ALL USED VEHICLES WHICH ARE HEREBY SOLD "AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED".

| YEAR | MAKE | MODEL | USED VEHICLE TRADED | VEHICLE IDENT. OR SERIAL NO. | BODY COLOR |
|---|---|---|---|---|---|
| | | | | | |

# AGREEMENT TO PROVIDE ACCIDENTAL PHYSICAL DAMAGE INSURANCE

I hereby agree to deliver to WORLD OMNI FINANCIAL CORP. (Lienholder), within 15 days from the date hereof, an insurance policy which will provide Comprehensive and Collision insurance with a maximum deductible of $500.00 in the name of the Named Insured as shown below.

I will have my policy endorsed with "Automobile Loss Payable Endorsement" (49A) in favor of the above named Lienholder. If I fail to provide this insurance, the dealer authorization printed below will take effect.

I hereby grant to WORLD OMNI FINANCIAL CORP. permission to release any information provided to it by me to the insurance company of their choice in connection with this transaction.

**NAME INSURED (same as Buyer):**

| | NAME | MIDDLE | LAST |
|---|---|---|---|
| NAME | CHRISTY LITTLEJOHN | | |
| ADDRESS | NUMBER    STREET    CITY    STATE    ZIP CODE<br>133 RANDALL CIRCLE CLANTON AL 35045 | | |
| TEL. NO. | (205)755-8842 | | |

FOR WOFC USE<br>Certified and true according<br>to Clanton Municipal Court records<br>This date _September 25, 2007_<br>_R. Gulley_<br>Municipal Court Clerk<br>Clanton, AL

**VEHICLE INSURED:**

| YEAR | MAKE | BODY | MODEL | SERIAL NUMBER |
|---|---|---|---|---|
| 2003 | FORD | 2DR | MUSTANG | 1FAFP40493F348472 |

**INSURANCE AGENT:**

| | |
|---|---|
| NAME | Karen B. Lawley |
| NUMBER AND STREET | |
| CITY, STATE ZIP CODE | |
| TELEPHONE NUMBER | 205-755-1773 |

**INSURANCE COMPANY:**

| | |
|---|---|
| NAME | |
| POLICY NUMBER | 7701 PURCHASE |
| EFFECTIVE DATE | FROM:                    TO: |
| COVERAGE | ☐ FIRE — THEFT     ☐ COMPREHENSIVE<br>☐ COLLISION $     DEDUCTIBLE |

| NAMED INSURED SIGNS ☞ | | 06/17/2004<br>DATE | WOFC ACCOUNT NUMBER |
|---|---|---|---|

**DEALER CONFIRMATION:**

| ( ) AGENCY     ( ) INSURANCE COMPANY | NAME OF PERSON | WOFC LOSS PAYEE ( ) YES ( ) NO |
|---|---|---|
| CONFIRMED BY | 06/17/2004<br>DATE | |

DEALER/SALESPERSON SIGNS ☞ _____     DEALER  MCKINNON MOTORS

## LIENHOLDER'S AUTHORIZATION TO PROVIDE INSURANCE

If I do not furnish insurance as agreed, I authorize WORLD OMNI FINANCIAL CORP. to apply for insurance in its own name to protect its interest in the above-described vehicle. If WORLD OMNI FINANCIAL CORP. does so, I authorize it to add the premium cost with corresponding finance charge to my contract balance. I understand that any insurance ordered by WORLD OMNI FINANCIAL CORP. will provide only limited physical damage protection and WILL NOT PROTECT MY EQUITY OR INTEREST IN THE VEHICLE. A maximum deductible of $500.00 will apply to any loss. INSURANCE WILL NOT BE PROVIDED FOR AUTOMOBILE INJURY OR PROPERTY DAMAGE LIABILITY COVERAGES AND WILL NOT SATISFY THE FINANCIAL RESPONSIBILITY LAWS OF ANY STATE.

| IMPORTANT NOTICE TO BUYER: |
|---|
| Take the blue copy of this form to your insurance agent to assist in providing proper proof of coverage. |

| IMPORTANT NOTICE TO AGENT: |
|---|
| Lienholder - Send proof of coverage and all correspondence to: WORLD OMNI FINANCIAL CORP., - INSURANCE TRACKING<br>P. O. BOX 91688, Mobile, Alabama 36691 (Tel. 800-553-2650) |

DISTRIBUTION:   WHITE – WOFC;   BLUE & GOLD – BUYER;   PINK – DEALER    BUYER: PLEASE FORWARD BLUE COPY TO YOUR INSURANCE AGENT.

WOF 179 (4/94)                                                                                                       C/S# 144B

WORLD OMNI FINANCIAL CORP.

RETAIL INSTALLMENT SALE CONTRACT – SIMPLE INTEREST

WORLD OMNI

Dealer Number: _____    Account Number: _____

| Buyer (and Co-Buyer) - Name(s) and Address(es) (Include County and Zip Code) | Creditor (Seller) - Name and Business Address |
|---|---|
| | Certified and true according to Clanton Municipal Court records |
| | This date _September 25_, 20_07_ |
| | _signature_ |
| | Municipal Court Clerk |
| | Clanton, AL |

**Meaning of Words.** In this contract the words "you", "your" and "yours" refer to the Buyer and Co-Buyer, if any. The word "Creditor" refers to the Creditor (Seller) named above and, after assignment to World Omni Financial Corp. ("WOFC") or any subsequent assignee.

**Who is Bound.** You may buy the vehicle described below for cash or on credit. The cash price is shown below as "Cash Price". The credit price is shown below as "Total Sale Price". By signing this contract, you choose to buy the vehicle on credit under the terms on the front and back of this contract and you are individually liable to the Creditor for any amount due.

**Description of Vehicle.** You agree to buy and the Creditor agrees to sell the following vehicle:

| New, Used or Demo | Year | Manufacturer's Name or Make | Model Name and/or Model Number | Body Type | Vehicle Identification No. or Manufacturer's Serial No. |
|---|---|---|---|---|---|
| USED | 2006 | FORD | MUSTANG | 2DR | 1ZVFT80NX65225473 |

| Primary Use for Which Purchased | ☐ personal | ☐ business | ☐ agricultural | ☐ _____ |
|---|---|---|---|---|

If business use is checked, Buyer is: ☐ an individual   ☐ a corporation   ☐ a partnership

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ _____ |
|---|---|---|---|---|
| 14.59 % | $ 6361.61 | $ 14591.59 | $ 20953.20 | $ 20953.20 |

**Your Payment Schedule Will Be:**

| Number of Payments: | Amount of Each Payment: | When Payments are Due: |
|---|---|---|
| One deferred downpayment of | N/A | |
| 59 regular payments | 349.22 | Monthly, beginning 08/01/2004 |
| One final payment of | 349.22 | DUE ON: 07/01/2009 |

**Late Charge.** If a payment is not paid in full within 10 days after it is due, you will pay a late charge of 5% of the unpaid amount of the late payment or $10.00 whichever is greater, not to exceed $100.00.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security.** You are giving a security interest in the vehicle being purchased.
**Other Terms.** Please read this contract, including the reverse side, for additional information about security interests, nonpayment, default, any required repayment in full before the scheduled date, and penalties.

**ITEMIZATION OF THE AMOUNT FINANCED**

1. Cash Price (including any accessories, services or taxes) ........................................................ $ 14885.00 (1)
2. Total Downpayment = Net Trade-in $ ___N/A___ + Cash Downpayment $ ___N/A___ (including deferred downpayment of $ ___N/A___ payable before the due date of the first regularly scheduled payment.)
   Your Trade-in is a _____
       Year      Make      Model .......................................... $ N/A (2)
3. Unpaid Balance of Cash Price (1 minus 2) ........................................................................ $ 14885.00 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf (Creditor may be retaining a portion of these amounts):
   A. Price of Required Physical Damage Insurance Paid to the Insurance Company Named Below — Covering Damage to the Vehicle ........................................... $ N/A
   B. Price of Optional Credit Insurance Paid to the Insurance Company or Companies Named Below.
      Life $ ___N/A___   Disability, Accident and Health $ ___N/A___ ........... $ N/A
   C. Price of Optional Mechanical Breakdown Protection Paid to the MBP Company Named Below — Covering Certain Mechanical Repairs ........................................ $ N/A
   D. Lien Notation Fee Paid to Public Officials ........................................................ $ N/A
   E. Government License and/or Registration Fees (Itemize) ..................................... $ N/A
   F. Government Certificate of Title Fees ............................................................... $ 18.00
   G. Other Charges (Creditor must identify who will receive payment and describe purpose)
      to _BLAINING MOTORS_ for _RET DOC FEE_ ............... $ 155.00
      to ___N/A___ for ___N/A___ ............... $ N/A
      to ___N/A___ for ___N/A___ ............... $ N/A
      to ___N/A___ for ___N/A___ ............... $ N/A
      to ___N/A___ for ___N/A___ ............... $ N/A
      to ___N/A___ for ___N/A___ ............... $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf ..................... $ 211.50 (4)
5. Amount Financed - Unpaid Balance (3+4) ....................................................... $ 14591.59 (5)

Required Physical Damage Insurance. Physical damage insurance is required, but it is not _____

Optional, if desired: ☐ Towing and Labor Costs, ☐ Rental Reimbursement ☐ CB Radio Equipment    Theft and Combined Additional Coverage
☐ Fire, Theft and Combined Additional Coverage

Optional Credit Insurance. Credit life insurance and credit disability insurance are not required to obtain credit and will not be provided unless you sign and agree to pay the additional purchase price, which is shown below and in 4B of the Itemization above. If you want this optional insurance, check the insurance coverage(s) desired and sign below.
Term: _____ months

Check the optional insurance coverage(s) desired:    [   ] Credit Life, Single Coverage $_____    [   ] Credit Life, Joint Coverage $_____
[   ] Credit Disability, Single Coverage (Buyer Only) $_____

If you elect optional credit insurance coverage and are accepted by the insurance company, the terms and conditions will be as described in the policies or certificates issued by the insurance company. The original amount of the decreasing term credit life insurance will not exceed $ _____ . Credit disability insurance payments will equal the monthly payment amount but will not be more than $ _____ . Insurance Company _____

APPROVAL: YOU WANT TO OBTAIN THE OPTIONAL CREDIT INSURANCE COVERAGE(S) CHECKED ABOVE.

_____    _____
Buyer Signature                     Date          Co-Buyer Signature                 Date

THE INSURANCE, IF ANY, REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.

Optional Mechanical Breakdown Protection. Mechanical breakdown protection is not required to obtain credit and you may purchase it from anyone you want who is reasonably acceptable to the Creditor. You may purchase mechanical breakdown protection under this contract by signing below and agreeing to pay the additional purchase price, which is shown in 4C of the Itemization above.
The term of this protection will be _____ months from the date of delivery or until the odometer of the vehicle shows _____ miles, whichever occurs first. If you purchase this protection, you have reviewed the terms of the contract which describe this protection and you understand that a copy of the completed contract will be sent to you as soon as practicable.

MBP Company _____    $_____ Deductible
APPROVAL: YOU WANT TO OBTAIN THE OPTIONAL MECHANICAL BREAKDOWN PROTECTION DESCRIBED ABOVE.

_____    _____
Buyer Signature                     Date          Co-Buyer Signature                 Date

Receipt of Goods and Promise to Pay. You agree that you have received the vehicle and/or services described above, and have accepted delivery of the vehicle in good condition. You promise to pay to the Creditor the Amount Financed shown above, plus a Finance Charge determined by applying a daily periodic rate of 1/365th (1/366th in the case of a leap year) of the Annual Percentage Rate shown above to the unpaid balance of the Amount Financed each day. In addition, you promise to pay to the Creditor all other amounts due under this contract.

ARBITRATION: Except for an action to obtain possession of any Vehicle or other property covered by this Contract, which action is specifically excluded from this paragraph, if any other dispute, controversy or claim, involving any Buyer, Co-Buyer, Creditor/Seller or Assignee, or any employee, agent, or affiliate of any of the foregoing persons, arises out of or relates to this Contract, or the breach of this Contract, including but not limited to the negotiation and provisions of the Contract and the sale, financing and purchase of the Vehicle pursuant to the Truth-in-Lending Act, Equal Credit Opportunity Act, Fair Credit Reporting Act or any other federal or state consumer protection and/ or disclosure and/or other federal, state or local statute, regulation or common law (each a "Dispute"), the parties agree that any unresolved Disputes shall be submitted to binding arbitration in accordance with (i) the Federal Arbitration Act 9 U.S.C. Sections 1-16 ("FAA") and (ii) the Commercial Arbitration Rules of the American Arbitration Association ("CAR") and (iii) the procedures outlined in this section. In the event of any inconsistency between the CAR and these arbitration provisions, these provisions shall supersede such CAR. Any party may demand arbitration in writing by notice to another party, which demand shall include the name of the arbitrator appointed by the party demanding arbitration, together with a statement of the matter in controversy. Within 30 days after such demand, the other party shall name an arbitrator, or if the party does not name an arbitrator, such arbitrator shall be named immediately by the Arbitration Committee of the American Arbitration Association, and the two arbitrators so selected shall name a third arbitrator within 15 days or, in lieu of such agreement on a third arbitrator by the two arbitrators so appointed, a third arbitrator shall be appointed by the Arbitration Committee of the American Arbitration Association. To the extent not prohibited by law, the non-prevailing party shall pay, and the arbitrators shall award, to the prevailing party all of the arbitration costs and expenses incurred by the prevailing party, including reasonable attorney's fees. The arbitration hearing shall be held in the county in which the Seller is located. An award rendered by a majority of the arbitrators shall be final and binding on all parties to the proceeding and judgment on such award may be entered by either party in any court having jurisdiction. These arbitration provisions shall, with respect to such Dispute, survive the termination or expiration of this Contract. No class action arbitration may be ordered pursuant to this section and there shall be no joinder of parties, except for joinder of parties to the same Contract. Furthermore, to the extent permitted by law, the arbitrators shall not have any authority to award punitive damages in any Dispute. Nothing in this Contract shall be deemed to give the arbitrators any authority, power or right to alter, change, amend, modify, add or subtract from any of the provisions of this Contract. The parties agree that the transactions relating to this Contract involve interstate commerce and that this Contract shall be subject to the Federal Arbitration Act, 9 U.S.C. Sections 1-16, as amended, and shall be governed by such laws. By initialing, you agree to this arbitration paragraph ▓▓▓▓▓▓ . Buyer (and Co-Buyer) Initials

IMPORTANT: READ THE ADDITIONAL TERMS ON REVERSE SIDE BEFORE SIGNING BELOW.

You signed this contract and received a completely filled-in copy on _____

CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

Certified and true according
to Clanton Municipal Court records
This date *September 5, 2007*
*[signature]*
Municipal Court Clerk
Clanton, AL

_____    _____
Signature of Buyer                              Signature of Co-Buyer

Accepted _____    By: _____
          Creditor                                    Signature and Title

| This contract is assigned to WOFC subject to repurchase under the terms of the "Seller's Assignment" on the reverse side. | This contract is assigned to WOFC without recourse or with limited recourse under the terms of the "Seller's Assignment" on the reverse side. |
|---|---|




**McKinnon**
MOTORS, LLC
CLANTON, ALABAMA 35045
PHONE 205-755-3430
MONTGOMERY: 334-262-3147
BIRMINGHAM: 205-328-3800
1-800-239-3430
Ford - Mercury - Toyota

Certified and true according
to Clanton Municipal Court records
This date _September 25, 2007_
_____OTA
Municipal Court Clerk
Clanton, AL

Purchaser __CHRISTY LITTLEJOHN__       Co-Purchaser _____
SSN __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__       D.O.B. _____  Email __02/06/72__
Mailing Address __133 RANDALL CIRCLE__    Physical Address __133 RANDALL CIRCLE__ County __CHILTON__
City __CLANTON__     State __AL__   Zip __35045__  Res. Phone __(205)755-8962__ Bus Phone __(205)388-__

**DESCRIPTION OF VEHICLE:** (Circle One) NEW DEMO USED

Year __2003__      Make __FORD__
Model __MUSTANG__
Body Type __2DR__   Cylinders __6__
Mileage __21066__   Accurate _____
Color __BLUE__   Stock No. __2461U__
V.I.N. __1FAFP40493F349472__
Tag No. _____ Decal No. _____ Yr. _____
Lien Holder __WORLD OMNI FINANCIAL CORP__

**TRADE-IN VEHICLE:** Windshield Cov.? _____
Year _____ Make _____
Model _____ Body Type _____
Cylinders ____ Color ____ Stock No. ____
Mileage _____ Accurate? _____
V.I.N. _____
Tag No. _____ Decal No. _____ Yr. _____
Agent _____ Phone _____
Insurance Co. _____
Address _____
City, State, Zip _____

**TRADE-IN PAYOFF INFORMATION:**

Payoff of trade-in loan due to _____
                                (Financial Institution)
Address _____
Phone _____ Amount $ __N/A__
Good until - _____ Person Spoken With - ____
Verifying Salesperson ____ Date ____ Time____

**Dealer Installed Equipment**

| | | |
|---|---|---|
| Price | | 13990.00 |
| Trade-In Allowance | − | N/A |
| Trading Difference | = | 13990.00 |
| State & Local Tax | + | 390.00 |
| Clerical Fee | + | 195.00 |
| Title Fee | + | 16.50 |
| TOTAL | $ | 14591.59 |
| Cash Down | − | N/A |
| Rebate | − | N/A |
| Pay-Off on Trade-In | + | N/A |
| Balance | $ | 14591.59 |

**DISCLAIMER OF WARRANTY**
Unless and except as expressly provided by separate instrument in writing, McKinnon Motors, LLC, hereby DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED, INCLUDING AND IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE and Mckinnon Motors, LLC, neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the described vehicle. The undersigned Purchaser hereby waives all rights of recovery against McKinnon Motors, LLC, for either incidental or consequential damages.

Purchaser acknowledges and understands that the vehicle may have suffered damage during production, transit, or while in the possession of the dealer. Dealer makes no representations concerning the nature and extent of any such damage.

Purchaser agrees that this order includes all of the terms and conditions on the face side hereof, that this order cancels and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the subject matter covered hereby, and that this order shall not become binding until accepted by dealer or his authorized representative. Authorization is also given to verify payoff and credit information.

Accepted By: _____
                          Customer
_____
                          Co-Buyer
_____
Dealer Representative-Manager




Mercury

# McKinnon

MOTORS, LLC
1670 NORTH 7TH STREET
P.O. BOX 1700
CLANTON, AL 35046
PHONE 205-755-3430



TOYOTA

DATE: 06/17/2004

BUYER: CHRISTY LITTLEJOHN

TYPE VEHICLE: 2003 FORD MUSTANG

VIN #: 1FAFP40493F348472

FINANCE SOURCE: WORLD OMNI FINANCIAL CORP

Certified and true according
to Clanton Municipal Court records
This date September 25, 2007

Municipal Court Clerk
Clanton, AL

## YIELD SPREAD/ASSIGNMENT FEE

IF THE VEHICLE IS FINANCED, DEALER MAY BE PAID BY THE ASSIGNEE OF THE CONTRACT AN ASSIGNMENT FEE. DEALER MAY ALSO BE PAID A YIELD SPREAD PREMIUM REPRESENTING THE DIFFERENCE BETWEEN THE DEALER'S DISCOUNTED INTEREST RATE AND THE CUSTOMER'S RATE OF INTEREST.

REPRESENTATIVE

BUYER    CHRISTY LITTLEJOHN

TITLE

BUYER

# VOLUNTARY STATEMENT
## (NOT UNDER ARREST)

PAGE NO. _____ OF _____ PAGES

Certified and true according
to Clanton Municipal Court records
This date _September 29, 2007_

I, Christy Littlejohn

_____ municipal Court Clerk
Clanton, AL

am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to _____
Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will, for whatever purposes it may serve.

I am 32 years of age, and I live at 133 Randall Circle, Clanton, Al 35045

I purchased a car on June 17, 2004 at McKinnons. The car was an '03 Ford Mustang (blue). I put the car in my name for Norman Buddy Todd because his credit wouldn't let him get it in his own name. He said he would make the payments on time. He made 3 payments all of which were late. He kept promising to catch up the payments but never did. On Dec 3, 2004, I called Mr. Todd on his cell phone, he called me back from his job at Wetumpka Pizza Hut. I told him World Omni (the title holders on the car) had been calling me and that my credit was being ruined because he was 2 months behind on the car. I told him he either needed to pay the payments or give me back the car. He promised to catch up the payments as soon as he got his next paycheck. He never did and is now not taking my calls and hiding the car when he is at work. On Jan. 3, 2005, I took a letter and taped it on his door. The letter ordered him to return the car or bring me the money for the 3 payments he owed in the next 3 days. His landlady saw the letter and told me he was only coming home very late at night and leaving in the mornings by 7 a 7:30am. I have not heard from Mr. Todd since. I have talked to his landlady and he has not paid his rent which was due on the first, so I am afraid he is going to skip town and I will not ever get the car back. World Omni is only giving me a week to get the car back in my possession and try to get it sold before they involve the police or their red.

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at _____, this _____ day of _____ 19____

WITNESS: _____

WITNESS: _____

1/1/05

Christy Littlejohn
Signature of person giving voluntary statement

| State of Alabama<br>Unified Judicial System<br>Form C-52(a)     Rev. 7/94 | APPEARANCE BOND | Case Number |
|---|---|---|

IN THE _____**MUNICIPAL**_____ COURT OF _____**CLANTON,**_____ **ALABAMA**

**STATE OF ALABAMA** v. _____NoRMAN Hopkin Todd_____
<div align="right">Defendant</div>

I, _____NoRMAN Hopkin Todd_____ (Defendant), as principal,

and I (we), _____

_____ as surety(ies),

agree to pay the State of Alabama the sum of $ __500.00__ and all costs incurred unless I/he/she appear(s) before the above-named court of the above-named county on __Feb. 22nd 2005__ (date) at __3:00__ ☐.m. (time) *(if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time.)* and from day to day of each session thereafter until defendant is discharged by law to answer to the charge of _____UN AuthoRized USE of__ __MotoR Vehicle__, or any other charge as authorized by law.

If the trial is moved to another county, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

We hereby jointly and severally certify that we have property valued over and above all debts and liabilties that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama and our rights ~~that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.~~ Certified and true copies of these things are to Clanton Municipal Court records

Signed and sealed this date with notice that false statements are punishable as perjury.    This date __September 26, 2007__

| Signature of Defendant | | | Municipal Court Clerk<br>Clanton, AL | (L.S.) |
|---|---|---|---|---|
| Address (Print)<br>550 Ashley Ct    Clanton | | State<br>AL | Zip<br>35045 | |
| Signature of Surety/Agent of Professional Surety or Bail Company | | (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company | (L.S.) |
| Social Security Number (Except for Agents) | | | Social Security Number (Except of Agents) | |
| Address(Print) | State | Zip | Address(Print)      State      Zip | |
| Signature of Surety/Agent of Professional Surety or Bail Company | | (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company | (L.S.) |
| Social Security Number (Except of Agents) | | | Social Security Number (Except of Agents) | |
| Address (Print) | State | Zip | Address (Print)      State      Zip | |

__01-16-05__
Date

__Sgt. R. Todd__
Approved by: Judge/Magistrate/Sheriff

By: Deputy Sheriff

| Defendant's Information | | |
|---|---|---|
| Date of Birth | Sex | Employer |
| Social Security Number | Race | Employer's Address |
| Driver's License Number      State<br>(    ) | Telephone Number | Employer's Telephone Number |

☐ Property Bond      ☐ Professional Surety Bond      ☐ Cash Bond      ☑ ROR

COURT RECORD : Original    DEFENDANT : Copy    SURETY : Copy

KINTRAY PRINTERS -- 755-0355

# CASE ACTION SUMMARY
## 05-000000174

MC05-224

Page #1

Printed: Tue Jan 11,2005  12:13 pm

──────── Defendant ────────

NORMAN BUDDY TODD
550 ASHLEY COURT
CLANTON AL 35045
(334) 567-5504

Sex:  M
Race: WHITE/MEX.
DOB:  1974-05-21
SSN:  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

──────── Employer ────────

──────── Charge ────────

Charge: UNAUTHORIZED USE OF A MOTOR VEHICLE
Section/Paragraph: 13A-8-11  1

──────── Complainant ────────

CHRISTY LITTLEJOHN
133 RANDALL CIRCLE
CLANTON AL 35045

(205) 755-8842

──────── Sureties ────────

──────── Witnesses ────────

──────── Arrest ────────

──────── Dispositon/Notice History ────────

──────── Bench Notes ────────

2-22-05  Dismissed for want of prosecution  *RLT* *signature*  2-22-05

On_____ the defendant appears in open court in person and pleads _____. After hearing the evidence
it is the judgement of the court that defendant is _____ and is fined _____ together with _____
cost and _____ restitution to the victim and sentenced to _____ days in _____ jail. Defendant to
pay _____ per day for housing and maintenance plus actual medical expenses incurred during the period
of incarceration. Defendant is given _____ days credit for time already served in jail on this charge.
Additional orders:

[ ] _____ per day for _____ days incarcerated (housing and maintenance)
Total _____; plus actual medical expenses incurred on behalf of the defendant.    Judge Municipal Court

──────── Payments ────────

| DATE PAID | RECEIPT # | AMOUNT PAID | METHOD | BALANCE |
|-----------|-----------|-------------|--------|---------|

Certified and true according
to Clanton Municipal Court records
This date September 25, 2002

Municipal Court Clerk
Clanton, AL

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**NORMAN TODD,**             )
                               )
     Plaintiff,              )
                               )
       vs.                )   CASE NUMBER 2:07-CV-149-MEF
                               )
**CITY OF CLANTON, ALABAMA,** a  )
  municipal corporation; by and through  )   JURY TRIAL DEMANDED
  its **MAYOR, HONORABLE BILLY**  )
**JOE DRIVER,** in his official capacity as  )
Mayor and individually; **POLICE CHIEF**  )
**JAMES HENDERSON,** in his official  )
capacity, as well as individually;  )
**CORPORAL GREG CHARLES,** in his  )
official capacity and individually; and  )
**CHRISTINE LITTLEJOHN,** an  )
individual,  )
                               )
     Defendants.          )

STATE OF ALABAMA  )
COUNTY OF CHILTON  )

### AFFIDAVIT OF DEBRA ALLISON

Comes now the undersigned and, after being duly sworn, makes the following affidavit:

My name is Debra Allison. I am over the age of 19 years, and I make this affidavit based

upon my own personal knowledge, information, and belief.

On or about January 16, 2005, Christine Littlejohn wanted access to a trailer home

located at 550 Ashley Court, Ashley Court Trailer Park, Clanton, Alabama, in order to get her

things out of that trailer. I was the manager of the Ashley Court Trailer Park at that time and

went with her to the trailer. She had her own key. At some point either shortly before, during, or

Page 1 of 2

immediately after Ms. Littlejohn accessed the trailer, a City of Clanton, Alabama police officer

arrived named Gregory Charles.

Officer Charles was in no way whatsoever involved with Ms. Littlejohn's request for and

later access to the trailer. Officer Charles neither asked nor ordered me to go with Ms. Littlejohn

to the trailer or open the door to the trailer. He simply stood outside the trailer and waited for her

to collect her belongings, and then he left.

Further Affiant saith not.

Debra Allison

STATE OF ALABAMA        )
COUNTY OF CHILTON       )

Before me, the undersigned Notary Public in and for the State of Alabama at Large,
personally appeared Debra Allison, and after being first duly sworn, did depose and say that the
statements in the foregoing Affidavit are true and correct.

Given under my hand and official seal this, the 19th day of Sept , 2007.

Notary Public                My Commission Expires
                             December 7, 2008

My commission expires:_____

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**NORMAN TODD,**

    Plaintiff,

        vs.

**CITY OF CLANTON, ALABAMA,** a
municipal corporation; by and through
its **MAYOR, HONORABLE BILLY
JOE DRIVER,** in his official capacity as
Mayor and individually; **POLICE CHIEF
JAMES HENDERSON,** in his official
capacity, as well as individually;
**CORPORAL GREG CHARLES,** in his
official capacity and individually; and
**CHRISTINE LITTLEJOHN,** an
individual,

    Defendants.

CASE NUMBER 2:07-CV-149-MEF

JURY TRIAL DEMANDED

## AFFIDAVIT

STATE OF ALABAMA    )
COUNTY OF CHILTON    )

    Comes now the undersigned and, after being duly sworn, makes the

following affidavit:

    My name is James Henderson. I am over the age of 19 years and I make this

affidavit based upon my own personal knowledge, information and belief.

    I have been the City of Clanton Chief of Police for the past 16 years, and a

policeman a total of 22 years.

Prior to hiring Officer Charles, I did a thorough background check that turned up nothing negative.

All sworn officers of the Clanton Police Force must have completed the Minimum Standards of Peace Officers for the State of Alabama (A.P.O.S.T. certification) and remain certified throughout their employment as City police officers. In order to remain certified with A.P.O.S.T., the City's police officers are required to participate in training each year. City of Clanton police officers must complete twelve hours per year of continuing education credits. There are also various training classes offered to City police officers, some more specialized than others. The City tries not to continually offer the same classes to police officers so as to expand the areas in which they are trained. For example, training on how to properly conduct an arrest and how not to use excessive force is offered at least every other year, if not more frequently.

Officer Charles was not a supervisor on the City Police Force. However, it is my understanding that Mr. Todd has alleged that Officer Charles was not property supervised. Only the most qualified officers are promoted to a supervisory position. When an officer desires to hold a supervisory position, he or she submits an application and is interviewed. The City looks at various factors

Page 2 of 4

when deciding whether to promote an officer to a supervisory position, including but not limited to the officer's number of years on patrol and his or her training and level of experience. Many supervisors have had supervisory training. There is a supervisor on every shift who, as best practicable, monitors officers' calls and responds to the scene should a problem be identified or called in.

The City has adopted and utilizes a number of practices and policies designed to prevent the type of conduct that the Plaintiff has alleged. Aside from our supervisory and training practices, it is the City's policy for its police officers to follow all state and federal laws regarding the treatment of individuals and their property. The Clanton Police Department more than adequately supervises and trains its officers and has instituted polices and practices to insure that the type of incident alleged by Plaintiff Todd does not happen.

Further Affiant saith not.

James Henderson

James Henderson

Page 3 of 4

STATE OF ALABAMA )
COUNTY OF CHILTON )

Before me, the undersigned Notary Public in and for the State of Alabama at Large, personally appeared <u>James Henderson</u>, and after being first duly sworn, did depose and say that the statements in the foregoing Affidavit are true and correct.

Given under my hand and official seal this, the 24th day of September , 2007.

Notary Public
My commission expires: 3-6-10

My Commission expires March 6, 2010.