IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NORMAN TODD,                          )
                                      )
          Plaintiff,                  )
v.                                    )        CASE NO. 2:07-cv-149-MEF
                                      )
CITY OF CLANTON, *et al.*,            )
                                      )
          Defendants.                 )

# **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. #27) filed

on November 2, 2007 and the responses of the defendants thereto, it is hereby

ORDERED that the plaintiff file a reply brief on or before November 15, 2007.

DONE this the 14th day of November, 2007.


                              _____
                              /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE