IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN TODD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-149-MEF |
| | ) |
| CITY OF CLANTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Strike (Doc. #31) filed on November 7, 2007, it is hereby ORDERED that:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before November 15, 2007.

2. The defendants may file a reply brief on or before November 26, 2007.

DONE this the 14th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE