IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN TODD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-149-MEF |
| ) | |
| CITY OF CLANTON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. #27) filed on November 2, 2007 and the responses of the defendants thereto, it is hereby

ORDERED that the deadline in the Order (Doc. # 32) is reset. Plaintiff may file a reply brief on or before November 21, 2007.

DONE this the 14th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE