IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN TODD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-149-MEF |
| | ) |
| CITY OF CLANTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Objection to Plaintiff's Evidentiary Submission and Motion to Strike (Doc. #31) filed on November 8, 2007, it is hereby

ORDERED that the deadlines in the Order (Doc. # 33) are reset. Plaintiff shall file a response which shall include a brief and any evidentiary materials on or before November 27, 2007. The defendants may file a reply brief on or before December 4, 2007.

DONE this the 14th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE