IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORMAN TODD,** | |
| Plaintiff, | |
| vs. | CASE NUMBER 2:07-CV-149-MEF |
| **CITY OF CLANTON, ALABAMA,** a municipal corporation; by and through its **MAYOR, HONORABLE BILLY JOE DRIVER**, in his official capacity as Mayor and individually; **POLICE CHIEF JAMES HENDERSON**, in his official capacity, as well as individually; **CORPORAL GREG CHARLES**, in his official capacity and individually; and **CHRISTINE LITTLEJOHN**, an individual, | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf of the Defendants, The City of Clanton, Mayor Billy Joe Driver, Police Chief James Henderson, and Police Officer Greg Charles.

( ) Interrogatories
( ) Response to Interrogatories
( ) Supplemental Response to Interrogatories
( ) Request for Production
( ) Response to Request for Production
( ) Supplemental Response to Request for Production
( ) Request for Admissions

F:\Case Folders\Doylene, Crane\CLANTON\Todd\NOS - Depo of P.wpd

( )   Response to Request for Admissions
( )   Notices of Intent to Serve Subpoena
(X)   Notice of Deposition of the Plaintiff, Norman Todd
( )   Other _____

                                      /s/ James W. Porter, II
                                      James W. Porter II, attorney for Defendants,
                                      The City of Clanton, Mayor Billy Joe
                                      Driver, Police Chief James Henderson, and
                                      Officer Greg Charles
                                      State Bar ID ASB 3314 T79J
                                      State Code POR001

OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama 35201-0128
(205) 322-1744
(205) 322-1750 Fax

### CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the above and foregoing has been served upon the following by placement of same in the U.S. Mail, properly addressed, postage prepaid, on this the __26th__ day of __March__, 2007.

Donald G. Madison, Esq.
418 Scott Street
Montgomery, AL 36104

                                      /s/ James W. Porter, II
                                      OF COUNSEL