IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORMAN TODD**,<br><br>   Plaintiff,<br><br>   vs.<br><br>**CITY OF CLANTON, ALABAMA**, a municipal corporation; by and through its **MAYOR, HONORABLE BILLY JOE DRIVER**, in his official capacity as Mayor and individually; **POLICE CHIEF JAMES HENDERSON**, in his official capacity, as well as individually; **CORPORAL GREG CHARLES**, in his official capacity and individually; and **CHRISTINE LITTLEJOHN**, an individual,<br><br>   Defendants. | CASE NUMBER 2:07-CV-149-MEF<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' INITIAL DISCLOSURES

COME NOW the City of Clanton, Alabama, a municipal organization, Mayor Billy Joe Driver, Chief James Henderson, and Corporal Greg Charles, to file their Initial Disclosures and state as follows:

**1.**  **Witnesses**

The Defendants anticipates that the following persons listed below are likely to have discoverable information that Defendants may use to support their

defenses, unless solely for rebuttal or impeachment:

    A.    Honorable Billy Joe Driver, Mayor
           City of Clanton
           505 2nd Avenue North
           Clanton, Alabama  35045
           205-755-1105

           Subjects:    The City's position as it pertains to the instant case.

    B.    Ms. Debbie Orange, City Clerk
           City of Clanton
           505 2nd Avenue North
           Clanton, AL  35045
           205-755-4051

           Subjects:    Any and all documents filed with the City pertaining to the instant case.

    C.    Clanton Police Chief James Henderson
           City of Clanton Police Department
           601 First Avenue
           Clanton, AL  35045
           205-755-1194

           Subjects:    The events and occurrences pertaining to Ms. Littlejohn's access to Mr. Todd's trailer and the events and occurrences pertaining to Mr. Todd's alleged Unauthorized Use of a Motor Vehicle

    D.    Corporal Greg Charles (formerly with the City of Clanton Police)
           City of Clanton Police Department
           601 First Avenue
           Clanton, AL  35045
           205-755-1194

           Subjects:    The events and occurrences pertaining to Ms. Littlejohn's

                access to Mr. Todd's trailer.

E.    Ms. Christy Littlejohn
      133 Randall Circle
      Clanton, AL 35045
      205-755-8842

      Subjects:    The events and occurrences pertaining to Ms. Littlejohn's access to Mr. Todd's trailer and the events and occurrences pertaining to Mr. Todd's alleged Unauthorized Use of a Motor Vehicle.

F.    Ms. Debra Allison
      1800 Ashley Court Trailer Park
      Clanton, AL 35045
      205-755-8574

      Subjects:    The events and occurrences pertaining to Ms. Littlejohn's access to Mr. Todd's trailer.

G.    Any witnesses listed by Plaintiff through initial disclosures or by supplement.

**2.    Documents**

Categories of non-privileged documents that Defendants have that are likely to have discoverable information that Defendants may use to support their defenses, unless solely for rebuttal or impeachment are:

A.    Warrant of Arrest issued against Norman Todd for Unauthorized Use of a Motor Vehicle;

B.    Police Report pertaining to Norman Todd for alleged Unauthorized Use of a Motor Vehicle;

C.    Complaint filed by Christy Littlejohn against Normal Todd and

        supporting documents (Alabama Liability Insurance Identification Card, Alabama Department of Revenue Application for Certificate of Title, McKinnon Motors, LLC Invoice, World Omni Financial Corp. Agreement to Provide Accidental Physical Damage Insurance, World Omni Financial Corp. Installment Sale Contract, McKinnon Motors, LLC Vehicle Description, and McKinnon Motors, LLC Yield Spread/Assignment Fee);

D. Voluntary Statement of Christine Littlejohn as it relates to Norman Todd's alleged Unauthorized Use of a Motor Vehicle;

E. Appearance Bond of Norman Todd;

F. Case Action Summary pertaining to Norman Todd's alleged Unauthorized Use of a Motor Vehicle;

G. Affidavit of Debra Allison;

H. Affidavit of Police Chief James Henderson;

I. Any documents listed by Plaintiff through initial disclosures or by supplement.

### 3. Insurance Information

Defendants submit that they have a policy of insurance that will be made available to the Plaintiff for inspection and copying.

                                                /s/ James W. Porter II
                                                James W. Porter II, one of the
                                                Attorneys for Defendants, City of Clanton,
                                                Mayor Billy Joe Driver, James Henderson,
                                                and Greg Charles
                                                State Bar ID ASB 3314 T79J

        State Code POR001

        /s/ Christy Lynn Sherbrook
        Christy Lynn Sherbrook, one of the
        Attorneys for Defendants, City of Clanton,
        Mayor Billy Joe Driver, James Henderson,
        and Greg Charles
        State Bar ID ASB 2409 H65S
        State Code  SHE 094

OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama  35201-0128
(205) 322-1744
Fax: (205) 322-1750

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been ***electronically filed*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following, this, the  **22nd**  day of **April**, **2008**.  If Notice of Electronic Filing indicates that Notice should be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

Donald G. Madison, Esq.
418 Scott Street
Montgomery, AL 36104

        /s/ James W. Porter II
        OF COUNSEL