IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORMAN TODD,** | |
| Plaintiff, | |
| vs. | CASE NUMBER 2:07-CV-149-MEF |
| **CITY OF CLANTON, ALABAMA**, a municipal corporation; by and through its **MAYOR, HONORABLE BILLY JOE DRIVER**, in his official capacity as Mayor and individually; **POLICE CHIEF JAMES HENDERSON**, in his official capacity, as well as individually; **CORPORAL GREG CHARLES**, in his official capacity and individually; and **CHRISTINE LITTLEJOHN**, an individual, | JURY TRIAL DEMANDED |
| Defendants. | |

## MOTION TO WITHDRAW

COMES NOW Christy Lynn Sherbrook, one of the counsel of record for the Defendants, the City of Clanton, Alabama, Mayor Billy Joe Driver, Chief James Henderson, and Corporal Greg Charles, and files herewith this Motion for Leave to Withdraw as Counsel for Defendants, the City of Clanton, Alabama, Mayor Billy Joe Driver, Chief James Henderson, and Corporal Greg Charles. In support of this Motion, Christy Lynn Sherbrook states as follows:

1.      As of August 22, 2008, Christy Lynn Sherbrook will no longer be associated with the firm of Porter, Porter & Hassinger, P.C. and will not have access to the files in this case.

2.      As of August 25, 2008, Christy Lynn Sherbrook will be employed on a full time basis by an entity not engaged in the practice of law.

3.      The Defendants will continue to be represented by James W. Porter, II who will adequately represent the Defendants' interests herein.

4.      The Defendants will not be prejudiced by allowing Christy Lynn Sherbrook to withdraw from such representation.

WHEREFORE, Christy Lynn Sherbrook, respectfully moves for an Order that she be allowed to withdraw from representation of the Defendants in this case.

/s/ James W. Porter II
James W. Porter II, one of the
Attorneys for Defendants, City of Clanton,
Mayor Billy Joe Driver, James Henderson,
and Greg Charles
State Bar ID ASB 3314 T79J
State Code POR001

/s/ Christy Lynn Sherbrook
Christy Lynn Sherbrook, one of the
Attorneys for Defendants, City of Clanton,
Mayor Billy Joe Driver, James Henderson,
and Greg Charles
State Bar ID ASB 2409 H65S
State Code SHE 094

OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama  35201-0128
(205) 322-1744

## CERTIFICATE OF SERVICE

    I do hereby certify that on the __8th__ day of __August__, 2008, a copy of the above and foregoing was served by copy of same using the Ala Court E-Filing System.  For any of the service members listed as not served by the Ala Court E-Filing system, I do hereby certify that a copy of the above and foregoing will be served by placing a copy of same in the U.S. Mail with proper postage prepaid by the filer listed below.

Donald G. Madison, Esq.
418 Scott Street
Montgomery, AL 36104


                                /s/ James W. Porter, II
                                OF COUNSEL