IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN TODD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-149-MEF |
| ) | |
| CITY OF CLANTON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw filed by Christy Lynn Sherbrook (Doc. #45) on August 8, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 20th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE