IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **NORMAN TODD**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER 2:07-CV-149-MEF |
| | ) | |
| **CITY OF CLANTON, ALABAMA**, a | ) | |
| municipal corporation; by and through | ) | JURY TRIAL DEMANDED |
| its **MAYOR, HONORABLE BILLY** | ) | |
| **JOE DRIVER**, in his official capacity as | ) | |
| Mayor and individually; **POLICE CHIEF** | ) | |
| **JAMES HENDERSON**, in his official | ) | |
| capacity, as well as individually; | ) | |
| **CORPORAL GREG CHARLES**, in his | ) | |
| official capacity and individually; and | ) | |
| **CHRISTINE LITTLEJOHN**, an | ) | |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf of the Defendants, The City of Clanton, Mayor Billy Joe Driver, Police Chief James Henderson and Police Officer Greg Charles.

    (  )    Interrogatories
    (  )    Response to Interrogatories
    (  )    Supplemental Response to Interrogatories
    (  )    Request for Production
    (  )    Response to Request for Production
    (  )    Supplemental Response to Request for Production
    (  )    Request for Admissions
    (  )    Response to Request for Admissions
    (  )    Notices of Intent to Serve Subpoena
    (  )    Notice of Deposition of    Plaintiff, Norman Todd for September 26, 2008
    (  )    Other _____

        /s/ James W. Porter, II
James W. Porter II, Attorney for Defendants, The City of Clanton, Mayor Billy Joe Driver, Police Chief James Henderson and Officer Greg Charles
State Bar ID ASB 3314 T79J
State Code POR001

OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama  35201-0128
(205) 322-1744

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following, this, the __4th day of September, 2008.__  If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

Donald G. Madison, Esq.
418 Scott Street
Montgomery, AL 36104

        /s/ James W. Porter, II
OF COUNSEL

F:\Case Folders\Doylene, Crane\CLANTON\Todd\NOS.wpd